

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00594-CV

**CITY OF HOLLYWOOD PARK**,
Appellant

v.

**PREFERRED HOSPITALITY, LTD.**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-07343
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  December 31, 2014

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that the parties have settled their dispute. The motion contains a certificate of service to appellee, which has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM